UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. | **CV 22-7830-DMG (PDx)** |
| Date | March 31, 2023 |

| | |
|---|---|
| Title | ***Hee Soon Park v. LJGR, LLC, et al.*** |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on March 31, 2023 [Doc. # 22], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause, dated February 1, 2023, is DISCHARGED. [Doc. # 14.]

IT IS SO ORDERED.